# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Florian Sprenger,<br><br>    Plaintiff,<br><br>v.<br><br>Applicature, Inc.,<br><br>    Defendant. | Case No. 4:21-cv-06517-HSG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Florian Sprenger and Defendant Applicature, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: 12/15/2021

                                                         Haywood S. Gilliam, Jr.